1 | DAVID L. ANDERSON (CABN 149604)
United States Attorney

2

3 | HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

4 | CHRISTIAAN H. HIGHSMITH (CABN 296282)
Assistant United States Attorney

5
    450 Golden Gate Avenue, Box 36055
6     San Francisco, California 94102-3495
    Telephone: (415) 436-7368
7     christiaan.highsmith@usdoj.gov

8 | Attorneys for United States of America

9 | UNITED STATES DISTRICT COURT

10 | NORTHERN DISTRICT OF CALIFORNIA

11 | SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 19-267 EMC |
| Plaintiff, | |
| v. | STIPULATION AND [PROPOSED] ORDER CONTINUING MATTER AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |
| AARON MCARTHUR,<br>a/k/a "Gangsta Boogie,"<br>a/k/a "G Boogie,"<br>a/k/a "Boogie,"<br>a/k/a "Suave," | Date: August 25, 2020, to October 23, 2020 |
| Defendant. | |

    The parties appeared via Zoom in this case before the Honorable Edward M. Chen for a status conference on August 25, 2020. The defendant waived in person appearance and appeared via Zoom from Santa Rita Jail. The parties discussed discovery-related issues, including, additional productions, issues with redactions, the various protective order classifications, and how those classifications affects defense counsel's ability to prepare his defense. The government agreed to revisit its redactions of previously produced documents, produce select documents with fewer redactions, and produce some

STIP. AND PROPOSED ORD. CONT. & EXCL. TIME UNDER S.T.A.
CR 19-267 EMC                             1

materials without the Attorneys-Eyes-Only designation.  Further, the Court ordered that this case be continued from August 25, 2020, to October 23, 2020, and that time be excluded between August 25, 2020, and October 23, 2020, under the Speedy Trial Act, 18 U.S.C. § 3161.  The parties also stipulated, and the Court ordered, that time between August 25, 2020, and October 23, 2020, be excluded for effective preparation of counsel pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv).

The parties stipulate that the ends of justice served by the requested continuance outweigh the interests of the public and the defendant in the prompt disposition of this criminal case; and that the failure to grant the requested exclusion of time would deny the defendant continuity of counsel and would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(B)(iv).

The parties further stipulate, and ask the Court to find, that the requested continuance and exclusion of time are in the interests of justice and outweigh the best interest of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

SO STIPULATED.

DATED: August 31, 2020    DAVID L. ANDERSON
United States Attorney

_____/s/_____
CHRISTIAAN H. HIGHSMITH
Assistant United States Attorney

DATED: August 31, 2020

_____/s/_____
MARK VERMEULEN
Counsel for Defendant Aaron McArthur

STIP. AND ~~PROPOSED~~ ORD. CONT. & EXCL. TIME UNDER S.T.A.
CR 19-267 EMC                                              2

# [PROPOSED] ORDER

For the reasons stated, this matter is continued until October 23, 2020, at 2:00 p.m. for a status conference. The time between August 25, 2020, and October 23, 2020, is excluded from the running of the speedy trial clock for effective preparation of counsel under 18 U.S.C. § 3161(h)(7)(B)(iv). Failure to grant the continuance would deny the defendant's counsel the reasonable time necessary to prepare, taking into account the exercise of due diligence. Further, the requested continuance and exclusion of time are in the interests of justice and outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

IT IS SO ORDERED.

DATED: August 31, 2020

_____
EDWARD M. CHEN
United States District Judge

STIP. AND PROPOSED ORD. CONT. & EXCL. TIME UNDER S.T.A.
CR 19-267 EMC                                   3